# Exhibit J

nelson bumgardner conroy

# AutoNavigare LLC
# U.S. Patent No. 7,640,104

A method for displaying information on a vehicle navigation system

## Hyundai-Kia ccNC Infotainment/Navigation System

# Claim 1

A method for displaying information on a vehicle navigation system having a screen and a data receiver comprising the steps of:

displaying a route on the screen,

receiving criteria which identifies desired waypoint(s) along said route,

receiving waypoint(s) by the data receiver, comparing the received waypoint(s) with the desired waypoint(s), and selectively displaying received waypoint(s) on the screen which correspond to the desired waypoint(s),

wherein the screen provides a first image toward the driver of the vehicle and a second image towards the passenger side of the vehicle and wherein said displaying step comprises the step of displaying the waypoint(s) only as said second image.

Source: Claim 1 of US Patent 7,640,104

# Hyundai-Kia ccNC Infotainment/Navigation System

1. A method for displaying information on a vehicle navigation system having a screen and a data receiver comprising the steps of:

*Analysis: The Hyundai-Kia Infotainment/Navigation System (including Gen5, Gen5W, Gen6, Connected Car Navigation Cockpit (ccNC), and Connected Car Integrated Cockpit (ccIC) versions) ("vehicle navigation system") found in Hyundai, Kia, and Genesis-branded vehicles (e.g., the ccNC Infotainment/Navigation System found in the 2025 Hyundai Ioniq 5) performs a method for displaying waypoint information and has a center infotainment system display and a driver instrument cluster display (collectively, "a screen").*

Vehicle Navigation System Having a Screen



Driver Instrument Cluster Display




Center Infotainment System Display




Source: 1. View Interior Photos of the 2025 Hyundai Ioniq 5
2. Images of the Hyundai-Kia Infotainment/Navigation System from a 2025 Hyundai Ioniq 5

# Hyundai-Kia ccNC Infotainment/Navigation System

1. A method for displaying information on a vehicle navigation system having a screen and a data receiver comprising the steps of:

*Analysis: The Hyundai-Kia Infotainment/Navigation System ("vehicle navigation system") further has a data communications module (DCM) ("a data receiver") for receiving over-the-air (OTA) data such as waypoint information.*

## Vehicle Navigation System Having a Data Receiver

**■ The Map has been updated**

**The Map has been updated with the latest road information**

**View vehicle models**

- The new online Navigation system downloads only the necessary map data for the area around the vehicle and the route to the destination, ensuring efficient and up-to-date route guidance. It continuously checks for the latest map data, so drivers can always enjoy the most current navigation experience, without the need for manual updates.
- In environments where network connectivity is limited, such as tunnels or mountainous areas, the system automatically switches to Offline Mode using map data stored in the vehicle. This ensures not only uninterrupted navigation but also the smooth operation of all vehicle-integrated features, including Navigation-based Smart Cruise Control.

※ This feature is available in vehicles equipped with the ccNC Infotainment system and an active Bluelink service subscription.

## Using the navigation functions (if equipped)

You can use the navigation system conveniently through various functions on the Map screen.

Perform any of the following methods:

- On the Home screen, press **Map**.
- On the control panel, press the [**MAP**] button.

### Map







Source: 1. Using the navigation functions (if equipped)
2. 2026 April Software Update - Official Hyundai Motors Navigation Update Website
3. Images of the Hyundai-Kia Infotainment/Navigation System from a 2025 Hyundai Ioniq 5

displaying a route on the screen,

# Hyundai-Kia ccNC Infotainment/Navigation System

Displaying a Route on the Center Infotainment System Display

*Analysis: The Hyundai-Kia Infotainment/Navigation System displays a route on the one or more screens.*




Navigation screen




Source: 1. Finding a route easily
2. Images of the Hyundai-Kia Infotainment/Navigation System from a 2025 Hyundai Ioniq 5

receiving criteria which identifies desired waypoint(s) along said route,

*Analysis: The Hyundai-Kia Infotainment/Navigation System receives criteria input by the user identifying a desired stop ("desired waypoint(s)"), e.g., using general searches, points-of-interest (POIs) searches, or preselected waypoint categories (e.g., gas stations), along the established route.*

# Hyundai-Kia ccNC Infotainment/Navigation System

Receiving Criteria Identifying Waypoint(s) Along the Route










❶ Rearrange the search results.

❷ The locations of the charging stations (if equipped) and/or parking garages/lots on the Map screen are displayed as icons.

❸ Display the results of POI search around the desired location.

Source: Searching for nearby points of interest

# Hyundai-Kia ccNC Infotainment/Navigation System

receiving waypoint(s) by the data receiver, comparing the received waypoint(s) with the desired waypoint(s), and selectively displaying received waypoint(s) on the screen which correspond to the desired waypoint(s),

*Analysis: The Hyundai-Kia Infotainment/Navigation System receives by the DCM ("the data receiver") waypoint information and selectively displays on the one or more screens the desired waypoints that correspond to the criteria received, e.g., gas stations along the route. Locally stored waypoint data maintained within the navigation system's memory and updated via cloud synchronization is searched and compared against the received criteria, such as gas stations along the route. The navigation system further receives real-time waypoint information and selectively displays suitable waypoints that match the received criteria and route constraints.*

Receiving and Selectively Displaying Waypoint(s)







❶ Rearrange the search results.

❷ The locations of the charging stations (if equipped) and/or parking garages/lots on the Map screen are displayed as icons.

❸ Display the results of POI search around the desired location.

Source: Searching for nearby points of interest

# Hyundai-Kia ccNC Infotainment/Navigation System

wherein the screen provides a first image toward the driver of the vehicle and a second image towards the passenger side of the vehicle and wherein said displaying step comprises the step of displaying the waypoint(s) only as said second image.

*Analysis: The Hyundai-Kia Infotainment/Navigation System provides turn-by-turn navigation and/or route guidance ("a first image") towards the driver on the driver's instrument cluster display and a map having the route and waypoint(s) ("a second image") towards the passenger side on the center infotainment system display. Waypoints are not displayed in the first image.*

First Image Displayed on the Driver Instrument Cluster Display




Second Image Displayed on the Center Infotainment Display




Source: Images of the Hyundai-Kia Infotainment/Navigation System from a 2025 Hyundai Ioniq 5