# Exhibit K

# AutoNavigare LLC
# U.S. Patent No. 7,640,104

A method for displaying information on a vehicle navigation system

## Hyundai-Kia Gen5W Infotainment/Navigation System

# Claim 1

A method for displaying information on a vehicle navigation system having a screen and a data receiver comprising the steps of:

displaying a route on the screen,

receiving criteria which identifies desired waypoint(s) along said route,

receiving waypoint(s) by the data receiver, comparing the received waypoint(s) with the desired waypoint(s), and selectively displaying received waypoint(s) on the screen which correspond to the desired waypoint(s),

wherein the screen provides a first image toward the driver of the vehicle and a second image towards the passenger side of the vehicle and wherein said displaying step comprises the step of displaying the waypoint(s) only as said second image.

Source: Claim 1 of US Patent 7,640,104

# Hyundai-Kia Gen5W Infotainment/Navigation System

1. A method for displaying information on a vehicle navigation system having a screen and a data receiver comprising the steps of:

*Analysis: The Hyundai-Kia Infotainment/Navigation System (including Gen5, Gen5W, Gen6, Connected Car Navigation Cockpit (ccNC), and Connected Car Integrated Cockpit (ccIC) versions) ("vehicle navigation system") found in Hyundai, Kia, and Genesis-branded vehicles (e.g., the Gen5W Infotainment/Navigation System found in the 2025 Kia Telluride) performs a method for displaying waypoint information and has a center infotainment system display and a driver instrument cluster display (collectively, "a screen").*

Vehicle Navigation System Having a Screen



Driver Instrument Cluster Display




Center Infotainment System Display




Source: 1. 2025 Kia Telluride: 202 Interior Photos | U.S. News
2. Images of the Hyundai-Kia Infotainment/Navigation System from a 2025 Kia Telluride

# Hyundai-Kia Gen5W Infotainment/Navigation System

1. A method for displaying information on a vehicle navigation system having a screen and a data receiver comprising the steps of:

*Analysis: The Hyundai-Kia Infotainment/Navigation System ("vehicle navigation system") further has a data communications module (DCM) ("a data receiver") for receiving over-the-air (OTA) data such as waypoint information.*

Vehicle Navigation System Having a Data Receiver

## Types of Audio Systems Available to Update

Updating your Navigation Map ensures that the latest roads and points of interest are provided by your system

Get the most out of your Audio system with the latest Navigation Map update and drive with confidence

## Updating the system

A notification window appears when your vehicle is turned off. You can use the notification window to update the navigation map and infotainment system.

This function is available only when the system is ready for the latest software update.

1 Turn off the vehicle (ACC Off).

2 From the update notification window, press **Install Now**.




The update is performed immediately after the system reboots. Update details appear as soon as update is complete.

## Navigation Menu overview

You can use the navigation system conveniently through various functions on the Navigation Menu screen.

Perform any of the following methods:

- On the All Menus screen, press **Navigation Menu**.
- On the control panel, press the [**NAV**] button.




Source: 1. April 2025 Navigation Map and Software Update > Notice | Official Kia Navigation Update Website
2. Standard-class Gen5W Navigation User's Manual

displaying a route on the screen,

# Hyundai-Kia Gen5W Infotainment/Navigation System

*Analysis: The Hyundai-Kia Infotainment/Navigation System displays a route on the one or more screens.*

Displaying a Route on the Center Infotainment System Display







Source: Images of the Hyundai-Kia Infotainment/Navigation System from a 2025 Kia Telluride

# Hyundai-Kia Gen5W Infotainment/Navigation System

receiving criteria which identifies desired waypoint(s) along said route,

*Analysis: The Hyundai-Kia Infotainment/Navigation System receives criteria input by the user identifying a desired stop ("desired waypoint(s)"), e.g., using general searches, points-of-interest (POIs) searches, or preselected waypoint categories (e.g., gas stations), along the established route.*

1 On the **Navigation Menu** screen, press **Nearby POIs**.







To display the result of search around a specific location, select a sort criteria from the list on the left of the screen.

To sort the search results in a different order, press on the attribute to toggle between options.

The screen may differ depending on the vehicle model and specifications.




Source: Standard-class Gen5W Navigation User's Manual

# Hyundai-Kia Gen5W Infotainment/Navigation System

receiving waypoint(s) by the data receiver, comparing the received waypoint(s) with the desired waypoint(s), and selectively displaying received waypoint(s) on the screen which correspond to the desired waypoint(s),

*Analysis: The Hyundai-Kia Infotainment/Navigation System receives by the DCM ("the data receiver") waypoint information and selectively displays on the one or more screens the desired waypoints that correspond to the criteria received, e.g., gas stations along the route. Locally stored waypoint data maintained within the navigation system's memory and updated via cloud synchronization is searched and compared against the received criteria, such as gas stations along the route. The navigation system further receives real-time waypoint information and selectively displays suitable waypoints that match the received criteria and route constraints.*

Receiving and Selectively Displaying Waypoint(s)




To display the result of search around a specific location, select a sort criteria from the list on the left of the screen.

To sort the search results in a different order, press on the attribute to toggle between options.

The screen may differ depending on the vehicle model and specifications.




Source: Standard-class Gen5W Navigation User's Manual

# Hyundai-Kia Gen5W Infotainment/Navigation System

wherein the screen provides a first image toward the driver of the vehicle and a second image towards the passenger side of the vehicle and wherein said displaying step comprises the step of displaying the waypoint(s) only as said second image.

*Analysis: The Hyundai-Kia Infotainment/Navigation System provides turn-by-turn navigation and/or route guidance ("a first image") towards the driver on the driver's instrument cluster display and a map having the route and waypoint(s) ("a second image") towards the passenger side on the center infotainment system display. Waypoints are not displayed in the first image.*

First Image Displayed on the Driver Instrument Cluster Display




Second Image Displayed on the Center Infotainment Display







Source: Images of the Hyundai-Kia Infotainment/Navigation System from a 2025 Kia Telluride