# Exhibit L

nelson bumgardner conroy

# AutoNavigare LLC
# U.S. Patent No. 7,653,482

A subject vehicle position correction method adopted in an on-vehicle navigation apparatus

## Hyundai-Kia Highway Driving Assist (HDA) Navigation System (HDA 2.0)

# Claim 3

A subject vehicle position correction method adopted in an on-vehicle navigation apparatus, comprising:

detecting a position of a subject vehicle;

identifying a road to be designated as a map matching candidate based upon the subject vehicle position having been detected;

making a decision based upon an image captured via a camera as to whether or not the subject vehicle is traveling on the identified road by making a decision as to whether or not the subject vehicle has moved over a road marker line;

when the subject vehicle is judged to be traveling on the identified road, correcting the subject vehicle position so as to set the subject vehicle position onto the road on which the subject vehicle is judged to be traveling; and

when the subject vehicle is not judged to be traveling on the identified road, stopping correcting the subject vehicle position.

Source: Claim 3 of US Patent 7,653,482

3. A subject vehicle position correction method adopted in an on-vehicle navigation apparatus, comprising:

*Analysis: The Hyundai-Kia Highway Driving Assist (HDA) navigation system (including HDA 1.0, HDA 1.5, and HDA 2.0) ("on-vehicle navigation apparatus"), is a semi-autonomous, level 2 driver-assistance system found in Hyundai, Kia, and Genesis-branded vehicles (e.g., HDA 2.0 found in the 2026 Genesis GV80) that performs a vehicle position correction method on compatible controlled access roads.*

# Hyundai-Kia Highway Driving Assist (HDA) Navigation System (HDA 2.0)




Highway Driving Assist II brings enhanced driver assistance capabilities to select 2026 Genesis models, helping drivers navigate highway travel with greater confidence and reduced fatigue. At Genesis of Columbia, our team regularly shows this technology to Columbia, SC drivers who want to understand how advanced driver assistance systems work in real-world conditions. This is a driver assistance feature requiring continuous driver attention, not an autonomous system.

## UNDERSTANDING GENESIS HIGHWAY DRIVING ASSIST II

Highway Driving Assist II combines Smart Cruise Control with lane-keeping functionality to help maintain your vehicle's position and speed on major highways. The system uses radar sensors, cameras, and machine learning algorithms to adapt to traffic flow while keeping your Genesis centered in its lane. When driving on I-20, I-26, or I-77 through Columbia, you'll notice how HDA II adjusts to traffic patterns while you maintain steering control and monitor road conditions.

You'll find the system on the 2026 G90, GV80, GV80 Coupe, and GV70, though availability depends on trim level. We encourage drivers to browse our 2026 Genesis inventory to identify which specific configurations include HDA II as standard or optional equipment.

Source: Genesis Highway Driving Assist II Explained | 2026 Models Columbia SC

3. A subject vehicle position correction method adopted in an on-vehicle navigation apparatus, comprising:

*Analysis: The Hyundai-Kia Highway Driving Assist (HDA) navigation system (including HDA 1.0, HDA 1.5, and HDA 2.0) ("on-vehicle navigation apparatus"), is a semi-autonomous, level 2 driver-assistance system found in Hyundai, Kia, and Genesis-branded vehicles (e.g., HDA 2.0 found in the 2026 Genesis GV80) that performs a vehicle position correction method on compatible controlled access roads.*

# Hyundai-Kia Highway Driving Assist (HDA) Navigation System (HDA 2.0)

## Highway Driving Assist (HDA) (If equipped)

### Basic function



Highway Driving Assist helps maintain distance from the vehicle ahead, maintain the set speed, and center the vehicle in the lane while driving on the highway.

**Information**

- Highway Driving Assist is available only on controlled access highways.
  - Controlled access highway is the road with limited entrances and exits that allow uninterrupted high speed traffic flow.

| Available highway (Controlled access road) | |
|---|---|
| USA | Select Interstate Highway and U.S. (Federal) and State Highways |
| Canada | Select Provincial and Territorial Highways |

- Additional highways may be expanded by future navigation system updates.
- Highway Driving Assist does not operate on interchanges or junctions.

Source: https://ownersmanual.genesis.com/manual/GV80?projCode=JX&year=2026&langCode=en_US&countryCode=B28&content=ownersmanual

detecting a position of a subject vehicle;

*Analysis: The Hyundai-Kia Highway Driving Assist (HDA) navigation system, using sensors and data, e.g., Global Positioning System (GPS) sensors, real-time camera sensors, and map data, detects and locates the vehicle's position. The lane sensing cameras detect road marker lines on the road to enable the system to determine the vehicle's lane position.*

# Hyundai-Kia Highway Driving Assist (HDA) Navigation System (HDA 2.0)

## HOW DOES HIGHWAY DRIVING ASSIST WORK?

Highway Driving Assist uses a forward-facing radar unit and camera, GPS technology, and the navigation system's map database to provide Level 2 driving assistance on divided, restricted-access highways, such as Interstates. Unless the vehicle is traveling on an approved road, Highway Driving Assist will not work. It is available only at speeds under 95 mph.

The radar unit informs adaptive cruise control operation, maintaining a safe following distance to traffic ahead. For automatic speed governing, drivers can choose to set the adaptive cruise control for the posted speed limit. Alternatively, you can set a lower or higher speed and adjust the velocity manually.

After the driver sets the speed, the adaptive cruise control automatically adjusts the vehicle's following distance to shrink or expand the gap between it and traffic ahead.

If another vehicle cuts into the gap, the adaptive cruise control automatically slows the Genesis, Hyundai, or Kia down to re-establish a safe following distance. If the vehicle ahead changes lanes or exits the road, Highway Drive Assist will automatically accelerate back up to the posted speed limit or a different pre-set speed.

Highway Drive Assist can also automatically reduce the vehicle's speed if the posted limit changes and slow the vehicle down to more safely navigate freeway transition ramps or curves in the highway.

To keep a Genesis, Hyundai, or Kia centered in its intended lane of travel, a camera identifies the road's lane markings, and the steering automatically makes minor corrections to keep the vehicle as close to the center of the lane as is possible. The driver must separately activate this technology using a button on the steering wheel or dashboard, or a menu within the infotainment system.

Source: https://www.jdpower.com/cars/shopping-guides/what-is-highway-driving-assist-and-how-does-it-work

identifying a road to be designated as a map matching candidate based upon the subject vehicle position having been detected;

*Analysis: The Hyundai-Kia Highway Driving Assist (HDA) navigation system, based on the vehicle's position being detected, identifies a road ("a road to be designated as a map matching candidate"), e.g., a lane on a specific road, the vehicle is suspected to be traveling on, and if the candidate road is recognized as HDA-compatible, HDA can be enabled. If, however, the candidate road is recognized as not HDA-compatible, HDA will be unavailable.*

# Hyundai-Kia Highway Driving Assist (HDA) Navigation System (HDA 2.0)

Example: Vehicle Entering an On-Ramp to a Highway



The vehicle is entering the on-ramp to a highway (e.g., CA-73 South)







Source: 1. Photos from a 2026 Genesis GV80
2. https://maps.app.goo.gl/aH8QkcoCZZyNcyqn8

identifying a road to be designated as a map matching candidate based upon the subject vehicle position having been detected;

*Analysis: The Hyundai-Kia Highway Driving Assist (HDA) navigation system, based on the vehicle's position being detected, identifies a road ("a road to be designated as a map matching candidate"), e.g., a lane on a specific road, the vehicle is suspected to be traveling on, and if the candidate road is recognized as HDA-compatible, HDA can be enabled. If, however, the candidate road is recognized as not HDA-compatible, HDA will be unavailable.*

# Hyundai-Kia Highway Driving Assist (HDA) Navigation System (HDA 2.0)

<u>Example: Vehicle on the On-Ramp to the Highway</u>



Highway (e.g., CA-73 South)

The vehicle is on the on-ramp to the highway (e.g., CA-73 South)




The HDA navigation system treats the vehicle as being on the highway (e.g., CA-73 South) as indicated by listing the next exit rather than a continued merge.

A lane of the highway (e.g., CA-73 South) is identified as a road to be designated as a map matching candidate based on the vehicle's GPS position when the vehicle is nearing the highway and on the on-ramp

Source: 1. Photo from a 2026 Genesis GV80
2. https://maps.app.goo.gl/D7RfyQkscwmd3N9j8

making a decision based upon an image captured via a camera as to whether or not the subject vehicle is traveling on the identified road by making a decision as to whether or not the subject vehicle has moved over a road marker line;

*Analysis: The Hyundai-Kia Highway Driving Assist (HDA) navigation system decides, based on real-time images captured by the on-board camera sensors, whether the vehicle is in a lane on a HDA-enabled road ("whether or not the subject vehicle is traveling on the identified road") which is based on the camera sensors determining if the vehicle has moved over a road marker line, e.g., lane lines on the road. For example, in order for HDA to safely activate, the system needs to monitor (via the vehicle's camera sensors) whether the vehicle has moved over any lane lines.*

# Hyundai-Kia Highway Driving Assist (HDA) Navigation System (HDA 2.0)

Example: Vehicle Traveling on the Highway




The vehicle is on the identified road (e.g., in a lane of CA-73 South)




Once the vehicle enters the road (e.g., a lane of CA-73 South) from the on-ramp, the HDA navigation system decides to enable HDA since the road is HDA-compatible

Source: 1. Photo from a 2026 Genesis GV80
2. https://maps.app.goo.gl/BC4qsVhhcav9WNAs9

when the subject vehicle is judged to be traveling on the identified road, correcting the subject vehicle position so as to set the subject vehicle position onto the road on which the subject vehicle is judged to be traveling; and

*Analysis: When the vehicle is judged to be traveling in a lane of an HDA-enabled road ("identified road"), the Hyundai-Kia Highway Driving Assist (HDA) navigation system activates and corrects the vehicle's position, e.g., setting the vehicle's position to maintain lane centering and distance from the vehicle in front of its position automatically. As another non-limiting example, the Hyundai-Kia Highway Driving Assist (HDA) navigation system corrects the vehicle's position by acknowledging the vehicle is traveling on the identified road based on the images captured by the on-board camera sensors.*

# Hyundai-Kia Highway Driving Assist (HDA) Navigation System (HDA 2.0)

Example: Vehicle Traveling on the Highway




HGA is engaged indicating the vehicle position is set in a lane of an HDA-enabled road (e.g., a lane of CA-73 South)

Highway Driving Assist helps maintain distance from the vehicle ahead, maintain the set speed, and center the vehicle in the lane while driving on the highway.

Source: 1. Photo from a 2026 Genesis GV80
2. https://ownersmanual.genesis.com/manual/GV80?projCode=JX&year=2026&langCode=en_US&countryCode=B28&content=ownersmanual

when the subject vehicle is not judged to be traveling on the identified road, stopping correcting the subject vehicle position.

*Analysis: When the vehicle is not judged to be traveling in a lane of an HDA-enabled road ("identified road"), the Hyundai-Kia Highway Driving Assist (HDA) navigation system stops HDA vehicle position correcting, e.g., HDA is unavailable and does not correct the vehicle's position (e.g., by setting the vehicle's position to maintain lane centering and distance from the vehicle in front of its position automatically). For example, under certain conditions, HDA will disengage if previously activated. As another non-limiting example, the Hyundai-Kia Highway Driving Assist (HDA) navigation system stops the correction of the vehicle's position by acknowledging that the vehicle is not traveling on the identified road based on the images captured by the on-board camera sensors.*

# Hyundai-Kia Highway Driving Assist (HDA) Navigation System (HDA 2.0)

<u>Example: Vehicle Exiting the Highway</u>



The vehicle is exiting the highway (e.g., CA-73 South)




HGA is disengaged, indicating the vehicle is no longer in a lane of an HDA-enabled road (e.g., a lane of CA-73 South).

- Highway Driving Assist turns off automatically under the following situations:
  - You are driving on roads that Highway Driving Assist does not operate, such as rest area, intersection, junction, etc. However, Highway Driving Assist may be maintained in some sections.

Highway Driving Assist may not operate normally or may not operate if:

- The map information differs from the actual road conditions because the navigation system has not been updated, or there is a real-time GPS data or map information error.

Source: 1. Photo from a 2026 Genesis GV80
2. https://maps.app.goo.gl/8t6mapYUZyPsJM2G9
3. https://ownersmanual.genesis.com/manual/GV80?projCode=JX&year=2026&langCode=en_US&countryCode=B28&content=ownersmanual