# Exhibit M

nelson bumgardner conroy

# AutoNavigare LLC
# U.S. Patent No. 7,653,482

A subject vehicle position correction method adopted in an on-vehicle navigation apparatus

## Hyundai-Kia Highway Driving Assist (HDA) Navigation System (HDA 1.5)

# Claim 3

A subject vehicle position correction method adopted in an on-vehicle navigation apparatus, comprising:

detecting a position of a subject vehicle;

identifying a road to be designated as a map matching candidate based upon the subject vehicle position having been detected;

making a decision based upon an image captured via a camera as to whether or not the subject vehicle is traveling on the identified road by making a decision as to whether or not the subject vehicle has moved over a road marker line;

when the subject vehicle is judged to be traveling on the identified road, correcting the subject vehicle position so as to set the subject vehicle position onto the road on which the subject vehicle is judged to be traveling; and

when the subject vehicle is not judged to be traveling on the identified road, stopping correcting the subject vehicle position.

Source: Claim 3 of US Patent 7,653,482

3. A subject vehicle position correction method adopted in an on-vehicle navigation apparatus, comprising:

*Analysis: The Hyundai-Kia Highway Driving Assist (HDA) navigation system (including HDA 1.0, HDA 1.5, and HDA 2.0) ("on-vehicle navigation apparatus"), is a semi-autonomous, level 2 driver-assistance system found in Hyundai, Kia, and Genesis-branded vehicles (e.g., HDA 1.5 found in the 2025 Kia Telluride) that performs a vehicle position correction method on compatible controlled access roads.*

# Hyundai-Kia Highway Driving Assist (HDA) Navigation System (HDA 1.5)




Highway driving demands constant attention and quick reactions. Kia's Highway Driving Assist (HDA) technology represents a significant leap forward in making these long journeys safer and more comfortable. Why not take a moment to explore this exciting feature together and see how it comes to life in Kia's 2025 lineup?

**Understanding Highway Driving Assist: Your Intelligent Co-Pilot**

Highway Driving Assist is one of Kia's most advanced driver assistance technologies. It combines several sophisticated systems to enhance safety and reduce driver fatigue during highway travel. The system integrates adaptive cruise control, lane following assistance, and navigation data to provide semi-autonomous driving capabilities on compatible highways.

**How HDA Works:**

- **Smart Cruise Control Integration**: The system maintains a safe following distance from vehicles ahead while keeping your pre-set speed.
- **Lane Following Enhancement**: Advanced cameras and sensors help keep your vehicle centered in its lane, even through gentle curves.
- **Navigation-Based Assistance**: The system uses GPS and highway data to anticipate upcoming curves and adjust vehicle speed accordingly.
- **Real-Time Traffic Recognition**: HDA can respond to changing traffic conditions, automatically adjusting your speed to maintain safe distances.

Source: 1. How the HDA technology from Kia assures your safety
2. https://www.youtube.com/watch?v=EHPqu9jDHj0

3. A subject vehicle position correction method adopted in an on-vehicle navigation apparatus, comprising:

*Analysis: The Hyundai-Kia Highway Driving Assist (HDA) navigation system (including HDA 1.0, HDA 1.5, and HDA 2.0) ("on-vehicle navigation apparatus"), is a semi-autonomous, level 2 driver-assistance system found in Hyundai, Kia, and Genesis-branded vehicles (e.g., HDA 1.5 found in the 2025 Kia Telluride) that performs a vehicle position correction method on compatible controlled access roads.*

# Hyundai-Kia Highway Driving Assist (HDA) Navigation System (HDA 1.5)

## Highway Driving Assist (HDA) (if equipped)

### Highway Driving Assist



Highway Driving Assist is designed to help detect vehicles and lanes ahead, and help maintain distance from the vehicle ahead, maintain the set speed, help center the vehicle in the lane while driving on the highway (or motorway).

### NOTICE

- Highway Driving Assist is available only on controlled access road of certain highways.

  * Controlled access road indicates roads with limited entrances and exits that allow uninterrupted high speed traffic flow. Only passenger cars and motorcycles are allowed on controlled access roads.

| Available highway (Controlled access road) | |
|---|---|
| USA | Select Interstate Highway and U.S. (Federal) and State Highways |
| Canada | Select Provincial and Territorial Highways |

- Additional highways may be expanded by future navigation updates.

Highway Driving Assist operates on main roads of highways (or motorways), and does not operate on interchanges or junctions.

Source: https://ownersmanual.kia.com/manual/Telluride?projCode=ON&year=2025&langCode=en_US&countryCode=B28&content=ownersmanual

detecting a position of a subject vehicle;

*Analysis: The Hyundai-Kia Highway Driving Assist (HDA) navigation system, using sensors and data, e.g., Global Positioning System (GPS) sensors, real-time camera sensors and map data, detects and locates the vehicle's position. The lane sensing cameras detect road marker lines on the road to enable the system to determine the vehicle's lane position.*

# Hyundai-Kia Highway Driving Assist (HDA) Navigation System (HDA 1.5)

Highway driving demands constant attention and quick reactions. Kia's Highway Driving Assist (HDA) technology represents a significant leap forward in making these long journeys safer and more comfortable. Why not take a moment to explore this exciting feature together and see how it comes to life in Kia's 2025 lineup?

**Understanding Highway Driving Assist: Your Intelligent Co-Pilot**

Highway Driving Assist is one of Kia's most advanced driver assistance technologies. It combines several sophisticated systems to enhance safety and reduce driver fatigue during highway travel. The system integrates adaptive cruise control, lane following assistance, and navigation data to provide semi-autonomous driving capabilities on compatible highways.

**How HDA Works:**

- **Smart Cruise Control Integration**: The system maintains a safe following distance from vehicles ahead while keeping your pre-set speed.
- **Lane Following Enhancement**: Advanced cameras and sensors help keep your vehicle centered in its lane, even through gentle curves.
- **Navigation-Based Assistance**: The system uses GPS and highway data to anticipate upcoming curves and adjust vehicle speed accordingly.
- **Real-Time Traffic Recognition**: HDA can respond to changing traffic conditions, automatically adjusting your speed to maintain safe distances.

## Lane Following Assist (LFA)

Lane Following Assist is designed to help detect lane markings and/or vehicles on the road, and assists the driver's steering to help center the vehicle in the lane.

**Detecting sensor**

Front view camera



The front view camera is used as a detecting sensor to detect lane markings and front vehicles.

Source: 1. How the HDA technology from Kia assures your safety
2. https://ownersmanual.kia.com/manual/Telluride?projCode=ON&year=2025&langCode=en_US&countryCode=B28&content=ownersmanual

identifying a road to be designated as a map matching candidate based upon the subject vehicle position having been detected;

*Analysis: The Hyundai-Kia Highway Driving Assist (HDA) navigation system, based on the vehicle's position being detected, identifies a road ("a road to be designated as a map matching candidate"), e.g., a lane on a specific road, the vehicle is suspected to be traveling on, and if the candidate road is recognized as HDA-compatible, HDA can be enabled. If, however, the candidate road is recognized as not HDA-compatible, HDA will be unavailable.*

# Hyundai-Kia Highway Driving Assist (HDA) Navigation System (HDA 1.5)

Example: Vehicle on a On-Ramp to a Highway



Highway (e.g., I-10 W)

The vehicle is on the on-ramp to the highway (e.g., I-10 W)




A lane of the highway (e.g., I-10 W) is identified as a road to be designated as a map matching candidate based on the vehicle's GPS position when the vehicle is nearing the highway and on the on-ramp

The HDA navigation system treats the vehicle as being on the highway (e.g., I-10 W) as indicated by listing the next exit rather than a continued merge.

Source: 1. Photos from a 2025 Kia Telluride
2. https://maps.app.goo.gl/pXGnvzLcHrL363my9

making a decision based upon an image captured via a camera as to whether or not the subject vehicle is traveling on the identified road by making a decision as to whether or not the subject vehicle has moved over a road marker line;

*Analysis: The Hyundai-Kia Highway Driving Assist (HDA) navigation system decides, based on real-time images captured by the on-board camera sensors, whether the vehicle is in a lane on a HDA-enabled road ("whether or not the subject vehicle is traveling on the identified road") which is based on the camera sensors determining if the vehicle has moved over a road marker line, e.g., lane lines on the road. For example, in order for HDA to safely activate, the system needs to monitor (via the vehicle's camera sensors) whether the vehicle has moved over any lane lines.*

# Hyundai-Kia Highway Driving Assist (HDA) Navigation System (HDA 1.5)

Example: Vehicle Traveling on the Highway




The vehicle is on the identified road (e.g., in a lane of I-10 W)




Once the vehicle enters the road (e.g., a lane of I-10 W) from the on-ramp, the HDA navigation system decides to enable HDA since the road is HDA-compatible

Source: 1. Photo from a 2025 Kia Telluride
2. https://maps.app.goo.gl/R1MsFmNnmnDbAcgT9

when the subject vehicle is judged to be traveling on the identified road, correcting the subject vehicle position so as to set the subject vehicle position onto the road on which the subject vehicle is judged to be traveling; and

*Analysis: When the vehicle is judged to be traveling in a lane of an HDA-enabled road ("identified road"), the Hyundai-Kia Highway Driving Assist (HDA) navigation system activates and corrects the vehicle's position, e.g., setting the vehicle's position to maintain lane centering and distance from the vehicle in front of its position automatically. As another non-limiting example, the Hyundai-Kia Highway Driving Assist (HDA) navigation system corrects the vehicle's position by acknowledging the vehicle is traveling on the identified road based on the images captured by the on-board camera sensors.*

# Hyundai-Kia Highway Driving Assist (HDA) Navigation System (HDA 1.5)

Example: Vehicle Traveling on the Highway




HGA is engaged indicating the vehicle position is set in a lane of an HDA-enabled road (e.g., a lane of I-10 W)

## Highway Driving Assist (HDA) (if equipped)

**Highway Driving Assist**



Highway Driving Assist is designed to help detect vehicles and lanes ahead, and help maintain distance from the vehicle ahead, maintain the set speed, help center the vehicle in the lane while driving on the highway (or motorway).

Source: 1. Photo from a 2025 Kia Telluride
2. https://ownersmanual.kia.com/manual/Telluride?projCode=ON&year=2025&langCode=en_US&countryCode=B28&content=ownersmanual

when the subject vehicle is not judged to be traveling on the identified road, stopping correcting the subject vehicle position.

*Analysis: When the vehicle is not judged to be traveling in a lane of an HDA-enabled road ("identified road"), the Hyundai-Kia Highway Driving Assist (HDA) navigation system stops HDA vehicle position correcting, e.g., HDA is unavailable and does not correct the vehicle's position (e.g., by setting the vehicle's position to maintain lane centering and distance from the vehicle in front of its position automatically). For example, under certain conditions, HDA will disengage if previously activated. As another non-limiting example, the Hyundai-Kia Highway Driving Assist (HDA) navigation system stops the correction of the vehicle's position by acknowledging that the vehicle is not traveling on the identified road based on the images captured by the on-board camera sensors.*

# Hyundai-Kia Highway Driving Assist (HDA) Navigation System (HDA 1.5)

Example: Vehicle Exiting the Highway



For example, the vehicle is exiting the highway (e.g., I-10 W)




HGA is disengaged, indicating the vehicle is no longer in a lane of an HDA-enabled road (e.g., a lane of I-10 W).

- Highway Driving Assist will turn off automatically under the following situations:
  - Driving on roads that Highway Driving Assist does not operate, such as a rest area, intersection, junction, etc.

Highway Driving Assist and Highway Lane Change Assist may not operate properly, or it may not operate under the following circumstances:

- The map information and the actual road is different because the navigation is not updated
- The map information and the actual road is different because of real-time GPS data or map information error

Source: 1. Photo from a 2025 Kia Telluride
2. https://maps.app.goo.gl/MHiBNKe7CUkt4fb67
3. https://ownersmanual.kia.com/manual/Telluride?projCode=ON&year=2025&langCode=en_US&countryCode=B28&content=ownersmanual