# Exhibit O

nelson bumgardner conroy

# AutoNavigare LLC
# U.S. Patent No. 7,725,254

## Navigation device used for a route search

## Hyundai-Kia ccNC Infotainment/Navigation System

# Claim 1

A navigation device, comprising:

a storage unit configured to store link data for links constituting routes on a map, where at least one link has plural lanes including ones of a left-turn lane, a straight-through lane and a right-turn lane, and where the link data: identifies each link using an identifier, associates each respective lane with the identifier of the at least one link to which it belongs, and stores respective costs of the respective lanes; and

a route search unit adapted to search for a route having a lowest total cost to a destination, using said link data, including using the respective costs of the respective lanes.

Source: Claim 1 of US Patent 7,725,254

# Hyundai-Kia ccNC Infotainment/Navigation System

1. A navigation device, comprising: a storage unit configured to store link data for links constituting routes on a map,

*Analysis: The Hyundai-Kia Infotainment/Navigation System (including Gen5, Gen5W, Gen6, Connected Car Navigation Cockpit (ccNC), and Connected Car Integrated Cockpit (ccIC) versions) ("navigation device") found in Hyundai, Kia, and Genesis-branded vehicles (e.g., the ccNC Infotainment/Navigation System found in the 2025 Kia EV6) has local, nonvolatile memory ("storage unit") that stores map data containing links (e.g., roads) and associated attributes for those links ("link data") that make up routes. In one non-limiting example, a link (e.g., a segment of a road) is a connection between nodes (e.g., an intersection, guidance point, POI, or destination).*

Navigation Device






Source: 1. 2026 Kia EV6: 120 Interior Photos | U.S. News
2. Images of the Hyundai-Kia Infotainment/Navigation System from a 2025 Kia EV6.

1. A navigation device, comprising: a storage unit configured to store link data for links constituting routes on a map,

# Hyundai-Kia ccNC Infotainment/Navigation System

Storage Unit Storing Link Data

Over-the-Air Updates

**Software Update**

Get the latest features, performance improvements, and enhanced system stability with automatic software updates—no cables or visits required.

**Map Update**

Stay on the right path with updated navigation maps that include the latest roads, routes, and points of interest for a smoother, more accurate drive.

GUIDE

**Infotainment User Guide**

Date: 03-31-2026

Are you using Kia Connect?

The update will be automatically downloaded to your vehicle.

However, depending on the network conditions and vehicle status, the time when the download reaches the vehicle may vary.

OTA-Supported Vehicle List >

View details of Kia Connect >




*Analysis: The Hyundai-Kia Infotainment/Navigation System ("navigation device") found in Hyundai, Kia, and Genesis-branded vehicles (e.g., the ccNC Infotainment/Navigation System found in the 2025 Kia EV6) has local, nonvolatile memory ("storage unit") that stores map data containing links (e.g., roads) and associated attributes for those links ("link data") that make up routes. In one non-limiting example, a link (e.g., a segment of a road) is a connection between nodes (e.g., an intersection, guidance point, POI, or destination).*

Source: 1. https://connect.kia.com/mea/en/ota-updates/
2. https://owners.kia.com/content/owners/en/map-ota.html
3. Infotainment User Guide - Official Kia Navigation Update Website

# Hyundai-Kia ccNC Infotainment/Navigation System

where at least one link has plural lanes including ones of a left-turn lane, a straight through lane and a right-turn lane,

*Analysis: The link data stored in the storage unit of the Hyundai-Kia Infotainment/Navigation System contains lane information for the respective links. For example, some links have a left-turn lane, a straight through lane, and a right-turn lane.*

Link Data Having Lane Information




Source: Images of the Hyundai-Kia Infotainment/Navigation System from a 2025 Kia EV6.

# Hyundai-Kia ccNC Infotainment/Navigation System

and where the link data: identifies each link using an identifier, associates each respective lane with the identifier of the at least one link to which it belongs, and stores respective costs of the respective lanes;

*Analysis: The link data stored in the storage unit of the Hyundai-Kia Infotainment/Navigation System contains identifiers for each respective link, associates each lane with the link's identifier to which it belongs, and stores a cost to each lane for use in route searching. For example, the Hyundai-Kia Infotainment/Navigation System has a storage unit that stores link data, which necessarily includes information for identifying each link. Additionally, the Hyundai-Kia Infotainment/Navigation System performs route guidance by determining "costs," such as distance or travel time, from stored link data, including costs for one or more links associated with a left-turn lane, a straight-through lane, and right-turn lane, each with their own stored costs (e.g., a turn cost for a left turn lane, a cost for a straight-through lane, and a turn cost for a right turn lane).*

Lane Cost Data

Routes With High-Cost and Low-Cost Lanes




Source: Images of the Hyundai-Kia Infotainment/Navigation System from a 2025 Kia EV6.

# Hyundai-Kia ccNC Infotainment/Navigation System

and a route search unit adapted to search for a route having a lowest total cost to a destination, using said link data, including using the respective costs of the respective lanes.

*Analysis: The Hyundai-Kia Infotainment/Navigation System includes one or more processors that are adapted to execute code that implements an algorithm, such as Dijkstra's algorithm, to search for and identify a lowest cost route (e.g., a fastest route and/or shortest route) using the link data, including the costs of a left-turn lane, a straight-through lane, and right-turn lane (e.g., turn cost for a left turn lane, cost for a straight-through lane, and turn cost for a right turn lane). The route search unit may take into account factors such as traffic, speed limits, left and right turns, stop lights, freeway cost (avoids freeways because they are assigned a high cost), preferred road cost (non-preferred roads are assigned high costs), or monetary cost to minimize the total cost.*

Route Search Unit Searching for Lowest Cost Route

Search Function




Time Estimate for Lowest Cost Lanes




Routes Proposed with Time Estimates with Lowest Cost Route

Source: Images of the Hyundai-Kia Infotainment/Navigation System from a 2025 Kia EV6.

# Hyundai-Kia ccNC Infotainment/Navigation System

and a route search unit adapted to search for a route having a lowest total cost to a destination, using said link data, including using the respective costs of the respective lanes.

*Analysis: The Hyundai-Kia Infotainment/Navigation System includes one or more processors that are adapted to execute code that implements an algorithm, such as Dijkstra's algorithm, to search for and identify a lowest cost route (e.g., a fastest route and/or shortest route) using the link data, including the costs of a left-turn lane, a straight-through lane, and right-turn lane (e.g., turn cost for a left turn lane, cost for a straight-through lane, and turn cost for a right turn lane). The route search unit may take into account factors such as traffic, speed limits, left and right turns, stop lights, freeway cost (avoids freeways because they are assigned a high cost), preferred road cost (non-preferred roads are assigned high costs), or monetary cost assigned high costs), or monetary cost to minimize the total cost.*

Lane Cost Data

Routes With High-Cost and Low-Cost Lanes




Source: Images of the Hyundai-Kia Infotainment/Navigation System from a 2025 Kia EV6.