# Exhibit Q

nelson bumgardner conroy

# AutoNavigare LLC
# U.S. Patent No. 8,694,232

A method of predicting energy consumption by a system for predicting energy consumption

## Hyundai-Kia ccNC Infotainment/Navigation System

# Claim 1

A method of predicting energy consumption by a system for predicting energy consumption, the system having an energy consumption prediction apparatus and at least one terminal apparatus, wherein the energy consumption prediction apparatus delivers data for route search to the terminal apparatus and the terminal apparatus performs route displaying, based on the delivered data, the method comprising:

the following steps performed by the energy consumption prediction apparatus:

calculating geographic characteristic values of each of the links that form a route, based on energy consumptions collected from probe vehicles of differing vehicle types, wherein geography of each link affects consumption energy thereof with the geographic characteristic values, and wherein the calculating of the geographic characteristic values removes an effect of the vehicle types on the geographic characteristics values of said each of the links;

receiving a prediction energy consumption request, including an indication of vehicle type, from the terminal apparatus;

calculating a predicted energy consumption of each link selected, as a prediction target of the prediction energy consumption request, based on the geographic characteristic values and the vehicle type included in the prediction energy consumption request; and

delivering each predicted energy consumption having been calculated to the terminal apparatus;

and the following steps performed by the terminal apparatus:

outputting route guide information from an output section, based on the predicted energy consumptions having been delivered.

Source: Claim 1 of U.S. Patent 8,694,232

# Hyundai-Kia ccNC Infotainment/Navigation System

1. A method of predicting energy consumption by a system for predicting energy consumption, the system having an energy consumption prediction apparatus and at least one terminal apparatus, wherein the energy consumption prediction apparatus delivers data for route search to the terminal apparatus and the terminal apparatus performs route displaying, based on the delivered data, the method comprising:

*Analysis: The Hyundai-Kia Infotainment/Navigation System (including Gen5, Gen5W, Gen6, Connected Car Navigation Cockpit (ccNC), and Connected Car Integrated Cockpit (ccIC) versions) found in Hyundai, Kia, and Genesis-branded vehicles (e.g., the ccNC Infotainment/Navigation System found in the 2025 Kia EV6) performs a method of predicting energy consumption for navigating routes using electric, hybrid, gas, and diesel powertrains using HERE data.*

## Predicting Energy Consumption




In collaboration with Hyundai AutoEver, HERE provides navigation map data for the infotainment platforms of Hyundai, Kia, and Genesis vehicles sold in North America. Leveraging HERE map data, Hyundai AutoEver enables map updates for its online navigation system, incorporating location intelligence including new roads, speed limits, and points of interest.

> HERE's unified mapping architecture and AI-powered map-making capabilities rapidly fuse large volumes of data from thousands of sources – including more than 44 million connected vehicles, sensors and community sources – to create a highly accurate, navigable digital map. This foundation not only supports advanced driver assistance and automated driving systems, but also enables emerging AI-driven cockpit experiences, such as natural language interactions and customized travel planning.
>
> HAE plans to evolve its online navigation service into a streaming navigation solution using HERE's flexible APIs and SDKs. The two companies aim to create a next-generation solution offering lane-level guidance, ADAS integration, live map rendering, and seamless connectivity for digital cockpit systems. The solution is also designed to support Navigation on Autopilot (NOA) capabilities - paving the way for future automated driving functions, enhancing convenience and enabling immersive experiences for drivers in complex road environments.

Source: 1. Image of the Hyundai-Kia Infotainment/Navigation System from a 2025 Kia EV6
2. https://www.here.com/about/press-releases/here-technologies-and-hyundai-autoever-expand-online-navigation-partnership

# Hyundai-Kia ccNC Infotainment/Navigation System

1. A method of predicting energy consumption by a system for predicting energy consumption, the system having an energy consumption prediction apparatus and at least one terminal apparatus, wherein the energy consumption prediction apparatus delivers data for route search to the terminal apparatus and the terminal apparatus performs route displaying, based on the delivered data, the method comprising:

*Analysis: The Hyundai-Kia Infotainment/Navigation System includes an energy consumption prediction apparatus, e.g., locally-stored and/or could-based software and hardware, that estimates the vehicle's real-time energy consumption along the routes under consideration. The energy consumption prediction apparatus calculates and delivers estimated times of arrival (ETAs) and predicted energy consumption (equivalently, predicted fuel savings or the expected battery charge level at the destination) for routes.*

Energy Consumption Prediction Apparatus

## Planning. Charging. Enjoying.

Experience a new level of convenience on every trip. Kia's EV Route Planner gathers all essential information so you can:

- Plan: Quickly calculate the best route based on your EV's current charge and expected consumption.

- Charge: Easily locate available charging stops, with up-to-date data on station availability and estimated charging times.

- Enjoy: Travel with peace of mind knowing your journey is fully supported by live updates and smart connectivity features.

## A New Era in EV Route Planning

You can forget the hassle of using multiple devices to plan your trip ahead of time. The Kia EV Route Planner brings everything you need together on one screen.

- Streamlined Information: View your battery consumption, live traffic updates, and charging stop recommendations in one place.

- Integrated with Kia Charge: Benefit from detailed charging information that supports long journeys, ensuring you're always near a recommended station.

- User-Focused: It's not about reinventing the wheel; it's about making life easier on the road with clear, tangible benefits.

Source: https://www.kia.com/uk/electric-hybrid-cars/inspired-by-kia/ev-route-planner/

# Hyundai-Kia ccNC Infotainment/Navigation System

1. A method of predicting energy consumption by a system for predicting energy consumption, the system having an energy consumption prediction apparatus and at least one terminal apparatus, wherein the energy consumption prediction apparatus delivers data for route search to the terminal apparatus and the terminal apparatus performs route displaying, based on the delivered data, the method comprising:

*Analysis: The Hyundai-Kia Infotainment/Navigation System includes an on-board navigation system ("terminal apparatus") that displays routes based on route data received from the energy consumption prediction apparatus. The route data received from the energy consumption prediction apparatus includes data for predicting energy consumption, including real-time and historical traffic patterns, road topography (a subset of geography), anonymized probe vehicle data, and energy consumption models built from probe vehicle data to deliver estimated energy consumption from the displayed route options, based on the vehicle's engine type (gas, diesel, hybrid, or electric).*

Terminal Apparatus with Energy Consumption Data and Route Search




Source: 1. https://www.kiamedia.com/us/en/models/ev6/2025
2. Image of the Hyundai-Kia Infotainment/Navigation System from a 2025 Kia EV6

nelson bumgardner conroy

# Hyundai-Kia ccNC Infotainment/Navigation System

the following steps performed by the energy consumption prediction apparatus: calculating geographic characteristic values of each of the links that form a route, based on energy consumptions collected from probe vehicles of differing Vehicle types,

*Analysis: The Hyundai-Kia Infotainment/Navigation System uses HERE data to integrate energy consumption models and probe vehicle data of different types into the system, e.g., using the HERE Routing API. The HERE Routing API uses road topography (geography), such as the grade or steepness and the curvature of each link on a route, along with other factors such as powertrain type of the vehicle, to predict the route's energy consumption.*

HERE SDK FOR ANDROID DEVELOPER GUIDE › COMPONENTS › ROUTING

## Get routes for electric vehicles

Electric vehicle (EV) usage and sales continue growing around the world. How can HERE help to provide the best routes for electric vehicles?

- HERE EV Routing delivers optimized routes for EVs to get from A to B, minimizing the number of charging stops and optimizing battery charge times (based on the vehicle's consumption model). It also takes into account a number of factors when planning trips, including topography, road geometry, real-time traffic information and traffic patterns.
- HERE analyses the different charging times across the available charging stations and tries to optimize the combined travel time, including driving and charging along the way.

Routing EV is based on HERE Routing API v8 - EV Routing. An example of a transaction based on EV Routing is: Calculate a route with the `RoutingEngine` with `RoutingOptions` and `routingOptions.evOptions.ensureReachability` set to `true`.

> **Note**
> For information about the pricing of EV Routing, see the HERE Base Plan Pricing. If you are using the Navigate license or have other questions about pricing, contact us.

## Define the consumption model

The following parameters define a consumption model to get more accurate results for electric vehicles:

- **ascentConsumptionInWattHoursPerMeter**: Rate of energy consumed per meter rise in elevation.
- **descentRecoveryInWattHoursPerMeter**: Rate of energy recovered per meter fall in elevation.
- **freeFlowSpeedTable**: Function curve specifying consumption rate at a given free flow speed on a flat stretch of road.
- **trafficSpeedTable**: Function curve specifying consumption rate at a given speed under traffic conditions on a flat stretch of road.
- **auxiliaryConsumptionInWattHoursPerSecond**: Rate of energy consumed by the vehicle's auxiliary systems (e.g., air conditioning, lights) per second of travel.

Source: https://docs.here.com/here-sdk/docs/android-routing-ev

# Hyundai-Kia ccNC Infotainment/Navigation System

the following steps performed by the energy consumption prediction apparatus: calculating geographic characteristic values of each of the links that form a route, based on energy consumptions collected from probe vehicles of differing Vehicle types,

*Analysis: The Hyundai-Kia Infotainment/Navigation System uses HERE data to integrate energy consumption models and probe vehicle data of different types into the system, e.g., using the HERE Routing API. The HERE Routing API uses road topography (geography), such as the grade or steepness and the curvature of each link on a route, along with other factors such as powertrain type of the vehicle, to predict the route's energy consumption.*

## Define the consumption model

The following parameters define a consumption model to get more accurate results for electric vehicles:

- **ascentConsumptionInWattHoursPerMeter**: Rate of energy consumed per meter rise in elevation.
- **descentRecoveryInWattHoursPerMeter**: Rate of energy recovered per meter fall in elevation.
- **freeFlowSpeedTable**: Function curve specifying consumption rate at a given free flow speed on a flat stretch of road.
- **trafficSpeedTable**: Function curve specifying consumption rate at a given speed under traffic conditions on a flat stretch of road.
- **auxiliaryConsumptionInWattHoursPerSecond**: Rate of energy consumed by the vehicle's auxiliary systems (e.g., air conditioning, lights) per second of travel.

## Better understand the movement of people and vehicles with HERE Probe Data

Both internal vehicle data and external predictive data are required to achieve reliable range accuracy. As more data continues to get added, ever greater precision will be achieved.

To enable machine learning, HERE — one of the largest consumers of probe data in the world — has compiled a historical library of previous EV journeys, and applied map conflation to them. Merging multiple maps and data sets together into one delivers greater accuracy, freshness and speed.

The system looks for correlating factors and works out what the scenario is likely to be based on this information while protecting the privacy of individual drivers. For example, we can use data on the amount of time people typically wait at specific charge points to tell us how long people are likely to have to wait in the future. If vehicles regularly stop at a charging station for a very brief time, it can be inferred that the charger is not in working order. As different datasets are added, a more precise estimation can be made about the availability of each charge point.

Source: 1. https://docs.here.com/here-sdk/docs/android-routing-ev
2. https://www.here.com/learn/blog/better-understand-the-movement-of-people-and-vehicles-with-here-probe-data
3. https://www.here.com/learn/blog/reduce-ev-range-anxiety

# Hyundai-Kia ccNC Infotainment/Navigation System

wherein geography of each link affects consumption energy thereof with the geographic characteristic values, and wherein the calculating of the geographic characteristic values removes an effect of the vehicle types on the geographic characteristics values of said each of the links;

*Analysis: The Hyundai-Kia Infotainment/Navigation System uses HERE data to integrate energy consumption models and probe vehicle data of different types into the system, e.g., using the HERE Routing API. The HERE Routing API uses road topography (geography), such as the grade or steepness and the curvature of each link on a route, along with other factors such as powertrain type of the vehicle, to predict the route's energy consumption. The topography factor has been separated from the vehicle type, allowing the energy consumption prediction to filter out data corresponding to different vehicle types.*

## Define the consumption model

The following parameters define a consumption model to get more accurate results for electric vehicles:

- **ascentConsumptionInWattHoursPerMeter**: Rate of energy consumed per meter rise in elevation.
- **descentRecoveryInWattHoursPerMeter**: Rate of energy recovered per meter fall in elevation.
- **freeFlowSpeedTable**: Function curve specifying consumption rate at a given free flow speed on a flat stretch of road.
- **trafficSpeedTable**: Function curve specifying consumption rate at a given speed under traffic conditions on a flat stretch of road.
- **auxiliaryConsumptionInWattHoursPerSecond**: Rate of energy consumed by the vehicle's auxiliary systems (e.g., air conditioning, lights) per second of travel.

# Better understand the movement of people and vehicles with HERE Probe Data

Both internal vehicle data and external predictive data are required to achieve reliable range accuracy. As more data continues to get added, ever greater precision will be achieved.

To enable machine learning, HERE — one of the largest consumers of probe data in the world — has compiled a historical library of previous EV journeys, and applied map conflation to them. Merging multiple maps and data sets together into one delivers greater accuracy, freshness and speed.

The system looks for correlating factors and works out what the scenario is likely to be based on this information while protecting the privacy of individual drivers. For example, we can use data on the amount of time people typically wait at specific charge points to tell us how long people are likely to have to wait in the future. If vehicles regularly stop at a charging station for a very brief time, it can be inferred that the charger is not in working order. As different datasets are added, a more precise estimation can be made about the availability of each charge point.

Source: 1. https://docs.here.com/here-sdk/docs/android-routing-ev
2. https://www.here.com/learn/blog/better-understand-the-movement-of-people-and-vehicles-with-here-probe-data
3. https://www.here.com/learn/blog/reduce-ev-range-anxiety

# Hyundai-Kia ccNC Infotainment/Navigation System

receiving a prediction energy consumption request, including an indication of vehicle type, from the terminal apparatus; calculating a predicted energy consumption of each link selected, as a prediction target of the prediction energy consumption request, based on the geographic characteristic values and the vehicle type included in the prediction energy consumption request;

*Analysis: The navigation system ("terminal apparatus") of the Hyundai-Kia Infotainment/Navigation System requests an energy consumption prediction for a particular route from the HERE Routing API. The Routing API calculates the predicted energy consumption for each link in the proposed or chosen route based on at least the vehicle type and road topography (geography). The system knows the vehicle type (e.g., EV) which is included in the request. The navigation system displays the route and the predicted energy consumption for the trip.*

<u>Energy Consumption Predictions</u>

"Fastest" Route: energy consumption prediction of 36% remaining battery life at arrival.




"Recommended" Route: energy consumption prediction of 39% remaining battery life at arrival.




Source: Images of the Hyundai-Kia Infotainment/Navigation System from a 2025 Kia EV6

# Hyundai-Kia ccNC Infotainment/Navigation System

and delivering each predicted energy consumption having been calculated to the terminal apparatus;

*Analysis: The energy consumption prediction apparatus of the Hyundai-Kia Infotainment/Navigation System delivers the predicted energy consumption from the HERE Routing API and the corresponding route guide information to the navigation system.*




Source: Image of the Hyundai-Kia Infotainment/Navigation System from a 2025 Kia EV6

# Hyundai-Kia ccNC Infotainment/Navigation System

and the following steps performed by the terminal apparatus: outputting route guide information from an output section, based on the predicted energy consumptions having been delivered.

*Analysis: The navigation system ("terminal apparatus") of the Hyundai-Kia Infotainment/Navigation System displays the predicted energy consumption from the HERE Routing API and the corresponding route guide information to a display screen.*




Source: Image of the Hyundai-Kia Infotainment/Navigation System from a 2025 Kia EV6