# Exhibit S

nelson bumgardner conroy

# AutoNavigare LLC
# U.S. Patent No. 8,886,398

An in-car information system comprising a portable type information terminal and an in-car device

## Hyundai-Kia ccNC Infotainment System

# Claim 1

An in-car information system comprising a portable type information terminal and an in-car device, wherein:

the information terminal comprises:

an operation assignment information storage unit that, for a plurality of operations on the information terminal, stores operation assignment information that includes information related to priority levels of assignments to the plurality of operations;

an actuation information reception unit that receives from the in-car device actuation information related to a plurality of types of actuation that can be inputted with an actuation unit provided to the in-car device;

an assignment unit that, on the basis of the operation assignment information and the actuation information, assigns some among the plurality of operations to each of one or more actuations among the plurality of types of actuation respectively, according to the priority levels;

an actuation signal reception unit that receives an actuation signal outputted from the in-car device; and

a conversion unit that, on the basis of the result of assignment by the assignment unit, converts the actuation signal into an operating command that corresponds to one among the plurality of operations;

and the in-car device comprises:

an actuation information transmission unit that transmits the actuation information to the information terminal; and

an actuation signal output unit that, in response to actuation of the actuation unit by the user, outputs the actuation signal to the information terminal.

Source: Claim 1 of US Patent 8,886,398

1. An in-car information system comprising a portable type information terminal and an in-car device, wherein:

*Analysis: The Hyundai-Kia Infotainment System (including Gen5, Gen5W, Gen6, Connected Car Navigation Cockpit (ccNC), and Connected Car Integrated Cockpit (ccIC) versions) ("in-car device") found in Hyundai, Kia, and Genesis-branded vehicles (e.g., the ccNC Infotainment System found in the 2025 Kia K4) is capable of being connected, e.g., via Bluetooth/WiFi (wireless) or USB (wired), to a smartphone ("portable type information terminal") via Apple CarPlay or Android Auto (Apple CarPlay and Android Auto being a vehicle manufacturer-installed feature on the infotainment system). The Hyundai-Kia Infotainment System and the connected smartphone make up the in-car information system.*

# Hyundai-Kia ccNC Infotainment System

In-Car Information System (Information Terminal and In-Car Device)



## Using the phone projection function

Using Android Auto or Apple CarPlay, you can run and control Apps on your Android smartphone or iPhone by using the wide screen and user-friendly interface of the system.

## Using Apple CarPlay wirelessly **(if equipped)**

After you connect an iPhone to the vehicle with Apple CarPlay, you can run and control Apps on the phone through the system screen. Confirm that Wi-Fi and Bluetooth are enabled on the iPhone to connect.

## Using Apple CarPlay with a USB cable

After you connect an iPhone to the vehicle with Apple CarPlay, you can run and control Apps on the phone through the system screen.

Source: 1. Images of the Hyundai-Kia Infotainment System from a 2025 Kia K4
2. https://ownersmanual.kia.com/ivi/ccNC/AVNT/USA/English/Phoneprojection.html
3. https://ownersmanual.kia.com/ivi/ccNC/AVNT/USA/English/Phoneprojection_wirelessapplecarplay.html
4. https://ownersmanual.kia.com/ivi/ccNC/AVNT/USA/English/Phoneprojection_wiredapplecarplay.html

# Hyundai-Kia ccNC Infotainment System

the information terminal comprises: an operation assignment information storage unit that, for a plurality of operations on the information terminal, stores operation assignment information that includes information related to priority levels of assignments to the plurality of operations;

*Analysis: The information terminal, i.e., the smartphone, includes a subsystem (e.g., a subsystem implemented within or used by the Apple CarPlay and/or Android Auto framework) ("operation assignment information storage unit") that stores operation assignment information, i.e., information identifying available operations and their characteristics that can be used to determine how those operations are assigned to available vehicle-specific actuations, for an application being executed on the smartphone. Handling calling operations through Apple CarPlay is one of many example operations.*

Operation Assignment Information Storage Unit Storing Operation Assignment Information

## Make and receive phone calls with CarPlay

Use CarPlay to make phone calls and listen to voicemail from your iPhone.

You can also use your vehicle's built-in controls to help make a call.

Finally, if your car has shortcut buttons for phone, media, or navigation, they should also be mapped to the respective apps within CarPlay.

Siri is an integral part of CarPlay and requires a dedicated tactile button. Because it's so important, the button should be on the car steering wheel. Users expected Siri to work at any time, whether or not CarPlay is currently visible on the car's display. They also expect the Siri button to work like the Home button on iPhone. Pressing and holding it for 600 milliseconds should activate Siri, and the activation delay must not be greater than one second. The media buttons in your car should be connected to CarPlay media playback so users can play, pause, move to the next track or previous track, and fast forward and rewind.

Source: 1. https://support.apple.com/en-md/guide/iphone/iphfc2cd4c5f/ios
2. https://developer.apple.com/videos/play/wwdc2016/722/

# Hyundai-Kia ccNC Infotainment System

the information terminal comprises: an operation assignment information storage unit that, for a plurality of operations on the information terminal, stores operation assignment information that includes information related to priority levels of assignments to the plurality of operations;

*Analysis: Operation assignment information includes information related to priority levels of assignments to the operations such as information identifying the current call state, e.g., incoming-call or active-call state, and call operations available in that state, such as answering or ending a call. This information reflects the relative precedence of the available operations: during an incoming-call state, an incoming-call operation such as answering the call is given priority over other Call button operations, such as ending a call, whereas during an active-call state, the call termination operation is given priority. As another example, information on operational priority levels indicate which operations take precedence over others (e.g., assigning higher priority to a Call button operation than to the smartphone's voice recognition, allowing the Call button to answer an incoming call and to disable an active voice recognition operation).*

Information Related to Priority Levels of Assignments to the Operations

But if your VoIP calling app hasn't implemented CallKit yet that will be a requirement for CarPlay integration. As a general overview, the app must report incoming calls to CallKit and handle the start, answer and end call actions.













then the system can then publish that incoming call to all our services including our UI.

Source: 1. https://developer.apple.com/videos/play/wwdc2017/719/
2. https://developer.apple.com/videos/play/wwdc2016/230/

# Hyundai-Kia ccNC Infotainment System

the information terminal comprises: an operation assignment information storage unit that, for a plurality of operations on the information terminal, stores operation assignment information that includes information related to priority levels of assignments to the plurality of operations;

*Analysis: As another example, the operation assignment information may reflect a preferred correspondence between certain operations and specially designated vehicle controls, such as preferentially assigning invocation of the smartphone's voice recognition to the vehicle's voice recognition button and calling operations to the vehicle's Call button. The priority information may therefore reflect differing levels of importance among operations and preferential assignment of higher priority operations to available controls.*

Information Related to Priority Levels of Assignments to the Operations

**Siri Button**

Activate Siri, continue conversation, or start wireless setup

Essential to the CarPlay experience

Required to be a hard button

Allows Siri to be accessible at any time, even when CarPlay is not visible

Must support independent up/down events

A hard button for Siri is required. Siri is really important to the CarPlay experience. The user needs a quick way to always access Siri even if the CarPlay UI isn't showing. Usually this requirement is satisfied with a push-to-talk button on the steering wheel. For the Siri button, we require that the head unit send iPhone all button up/down events so that interaction during the Siri conversation is possible. This wraps up our discussion on user inputs.

If a knob or touchpad controller is primary, back and select are required. Secondary touchpads can also support character recognition. Buttons for various functions such as next, previous, and telephony functions are optional.

Source: https://developer.apple.com/videos/play/wwdc2016/722/

# Hyundai-Kia ccNC Infotainment System

the information terminal comprises: an operation assignment information storage unit that, for a plurality of operations on the information terminal, stores operation assignment information that includes information related to priority levels of assignments to the plurality of operations;

*Analysis: As a further example, the operation assignment information may give certain operations persistent or preferential assignments relative to other operations, such that an operation like invoking the smartphone's voice recognition remains assigned to the voice recognition control even when other vehicle or application interfaces are active. Priority levels may also vary according to operating context or system state, such that operations associated with the current state, active function, or designated system control are preferentially assigned over otherwise available operations.*

Information Related to Priority Levels of Assignments to the Operations




That way, **Siri** can be always launched or the next audio track played.




Source: https://developer.apple.com/videos/play/wwdc2016/723/

# Hyundai-Kia ccNC Infotainment System

an actuation information reception unit that receives from the in-car device actuation information related to a plurality of types of actuation that can be inputted with an actuation unit provided to the in-car device;

*Analysis: The information terminal, i.e., smartphone, includes a subsystem (e.g., a subsystem implemented within or used by the Apple CarPlay and/or Android Auto framework) ("actuation information reception unit") that receives from the Hyundai-Kia Infotainment System actuation information, i.e., information identifying available vehicle controls (e.g., knobs, buttons, touchpad, and/or touchscreen) and supported actuation types (e.g., touch gestures, long press, and short press).*

Actuation Information Reception Unit Receiving Actuation Information

Finally, if your car has shortcut buttons for phone, media, or navigation, they should also be mapped to the respective apps within CarPlay.







Source: https://developer.apple.com/videos/play/wwdc2016/722/

an actuation information reception unit that receives from the in-car device actuation information related to a plurality of types of actuation that can be inputted with an actuation unit provided to the in-car device;

*Analysis: The Hyundai-Kia Infotainment System includes a vehicle's controls (e.g., knobs, buttons, touchpad, and/or touchscreen) and actuation software (collectively, "actuation unit") in which different types of actuation, such as touch gestures, long press, and short press, can be inputted. For example, the Call button can receive two different types of actuation: a short press actuation or a long press actuation.*

# Hyundai-Kia ccNC Infotainment System

Actuation Unit










Source: 1. Images of the Hyundai-Kia Infotainment System from a 2025 Kia K4
2. https://developer.apple.com/videos/play/wwdc2016/722/

# Hyundai-Kia ccNC Infotainment System

an actuation information reception unit that receives from the in-car device actuation information related to a plurality of types of actuation that can be inputted with an actuation unit provided to the in-car device;

*Analysis: The Hyundai-Kia Infotainment System includes a vehicle's controls (e.g., knobs, buttons, touchpad, and/or touchscreen) and actuation software (collectively, "actuation unit") in which different types of actuation, such as touch gestures, long press, and short press, can be inputted. For example, the Call button can receive two different types of actuation: a short press actuation or a long press actuation.*

Actuation Unit

## Control with a word.
## Or a touch. Or a twist.

CarPlay with Siri voice control is specially designed for driving scenarios. CarPlay also works with your car's controls — knobs, buttons, touchpad, or touchscreen. And the apps themselves have been reimagined for the car, so you can use them while your eyes and hands stay where they belong.



**Siri**

To activate Siri voice control, just press and hold the voice control button on the steering wheel.

**Touch**

If your CarPlay-equipped vehicle has a touchscreen, you can use it to control CarPlay.

**Knobs and Controls**

CarPlay also works with the knobs, dials, or buttons in the car. If it controls your screen, it controls CarPlay.

Source: https://www.apple.com/ios/carplay

# Hyundai-Kia ccNC Infotainment System

an actuation information reception unit that receives from the in-car device actuation information related to a plurality of types of actuation that can be inputted with an actuation unit provided to the in-car device;

*Analysis: The Hyundai-Kia Infotainment System includes a vehicle's controls (e.g., knobs, buttons, touchpad, and/or touchscreen) and actuation software (collectively, "actuation unit") in which different types of actuation, such as touch gestures, long press, and short press, can be inputted. For example, the Call button can receive two different types of actuation: a short press actuation or a long press actuation.*

## Types of Actuation



### Using the touch screen

This system is equipped with a touch-enabled screen. You can access various features using this screen.

**"Press" gesture**

Lightly press the desired item and release your finger.

The corresponding function is run or the corresponding menu is selected.



| | |
|---|---|
| **Call button** (↷/↶) | - During a call: End a call.<br>- When a call comes in: Answer the call. To reject the call, press and hold the button. |

Source: 1. Images of the Hyundai-Kia Infotainment System from a 2025 Kia K4
2. https://ownersmanual.kia.com/ivi/ccNC/AVNT/USA/English/Systemoverview_touchscreen.html
3. https://ownersmanual.kia.com/ivi/ccNC/AVNT/USA/English/Systemoverview_component.html

# Hyundai-Kia ccNC Infotainment System

an assignment unit that, on the basis of the operation assignment information and the actuation information, assigns some among the plurality of operations to each of one or more actuations among the plurality of types of actuation respectively, according to the priority levels;

*Analysis: The information terminal, i.e., smartphone, includes button-mapping logic (e.g., logic implemented within or used by the Apple CarPlay and/or Android Auto framework) ("assignment unit") that assigns an available operation to a particular actuation based on the received actuation information and according to the previously discussed priority levels. For example, when the information terminal receives actuation information identifying the presence of a single Call button, the button-mapping logic prioritizes and assigns an answer call operation during an incoming-call state in accordance with the priority levels. During an active-call state, the button-mapping logic prioritizes and assigns an end call operation in accordance with the priority levels.*

Assignment Unit assigning Operation(s) to Actuation(s) According to the Priority Levels

## Make and receive phone calls with CarPlay

Use CarPlay to make phone calls and listen to voicemail from your iPhone.

You can also use your vehicle's built-in controls to help make a call.




**Call button**

- During a call: End a call.
- When a call comes in: Answer the call. To reject the call, press and hold the button.

Source: 1. https://support.apple.com/en-md/guide/iphone/iphfc2cd4c5f/ios
2. Images of the Hyundai-Kia Infotainment System from a 2025 Kia K4
3. https://ownersmanual.kia.com/ivi/ccNC/AVNT/USA/English/Systemoverview_component.html

# Hyundai-Kia ccNC Infotainment System

an actuation signal reception unit that receives an actuation signal outputted from the in-car device; and

*Analysis: The information terminal, i.e., smartphone, includes a communications module ("actuation signal reception unit ") that receives an actuation signal, e.g., a signal indicating a Call button short press, from the Hyundai-Kia Infotainment System.*

Actuation Signal Reception Unit Receiving an Actuation Signal

**that the head unit send iPhone all button up/down events**




Source: https://developer.apple.com/videos/play/wwdc2016/722/

# Hyundai-Kia ccNC Infotainment System

a conversion unit that, on the basis of the result of assignment by the assignment unit, converts the actuation signal into an operating command that corresponds to one among the plurality of operations;

*Analysis: The information terminal, i.e., smartphone, includes a subsystem (e.g., a subsystem implemented within or used by the Apple CarPlay and/or Android Auto framework) ("conversion unit") that interprets the actuation signal, such as a short or long button press, and, according to the current assignment, converts it into the corresponding semantic command. For example, during an incoming-call state, the conversion unit converts the Call button short press signal into an answer call operating command. For example, during an active-call state, the conversion unit converts the Call button short press signal into an end call operating command.*

Conversion Unit Converting the Actuation Signal Into an Operating Command

## Make and receive phone calls with CarPlay

Use CarPlay to make phone calls and listen to voicemail from your iPhone.

You can also use your vehicle's built-in controls to help make a call.




**Call button** (↖/↗)

- During a call: End a call.
- When a call comes in: Answer the call. To reject the call, press and hold the button.

Source: 1. https://support.apple.com/en-md/guide/iphone/iphfc2cd4c5f/ios
2. Images of the Hyundai-Kia Infotainment System from a 2025 Kia K4
3. https://ownersmanual.kia.com/ivi/ccNC/AVNT/USA/English/Systemoverview_component.html

# Hyundai-Kia ccNC Infotainment System

and the in-car device comprises: an actuation information transmission unit that transmits the actuation information to the information terminal; and

*Analysis: The Hyundai-Kia Infotainment System includes a subsystem (e.g., a subsystem implemented within or used by a communication plug-in) ("actuation information transmission unit ") that transmits the actuation information, e.g., information identifying a vehicle's available controls, to the connected smartphone. For example, if a vehicle has a single Call button, The Hyundai-Kia Infotainment System informs the connected smartphone of its presence and the actuation types it supports.*

Actuation Information Transmission Unit Transmitting the Actuation Information

Finally, if your car has shortcut buttons for phone, media, or navigation, they should also be mapped to the respective apps within CarPlay.







Source: https://developer.apple.com/videos/play/wwdc2016/722/

an actuation signal output unit that, in response to actuation of the actuation unit by the user, outputs the actuation signal to the information terminal.

*Analysis: The Hyundai-Kia Infotainment System includes a communications module ("actuation signal output unit ") that outputs the actuation signal, e.g., indicating a button press, to the connected smartphone. For example, in response to a user short pressing the Call button, the communications interface outputs a signal corresponding to a Call button short press to the connected smartphone.*

# Hyundai-Kia ccNC Infotainment System

Actuation Signal Output Unit Outputting the Actuation Signal

**that the head unit send iPhone all button up/down events**







Source: https://developer.apple.com/videos/play/wwdc2016/722/