# Exhibit T

# AutoNavigare LLC
# U.S. Patent No. 9,766,801

An in-car device that is capable to be connected to an information terminal

## Hyundai-Kia ccNC Infotainment System

# Claim 2

An in-car device that is capable to be connected to an information terminal, comprising:

a display monitor of a touch panel type;

an interface unit that transmits actuation information on the basis of actuation on the display monitor; and

a video signal input unit that receives a video signal transmitted from the information terminal, wherein

the in-car device becomes ready to transmit a start command for an application stored in the information terminal to the information terminal when the interface unit and the video signal input unit are connected to the information terminal.

Source: Claim 2 of US Patent 9,766,801

2. An in-car device that is capable to be connected to an information terminal, comprising:

# Hyundai-Kia ccNC Infotainment System

*Analysis: The Hyundai-Kia Infotainment System (including Gen5, Gen5W, Gen6, Connected Car Navigation Cockpit (ccNC), and Connected Car Integrated Cockpit (ccIC) versions) ("in-car device") found in Hyundai, Kia, and Genesis-branded vehicles (e.g., the ccNC Infotainment System found in the 2025 Hyundai Ioniq 5) is capable of being connected, e.g., via Bluetooth/WiFi (wireless) or USB (wired), to a smartphone ("information terminal") via Apple CarPlay or Android Auto (Apple CarPlay and Android Auto being a vehicle manufacturer-installed feature on the infotainment system).*

## Hyundai-Kia Connected Car Navigation Cockpit (ccNC) Infotainment System Wireless Connection for Apple CarPlay

### Using Apple CarPlay wirelessly (if equipped)

After you connect an iPhone to the vehicle with Apple CarPlay, you can run and control Apps on the phone through the system screen. Confirm that Wi-Fi and Bluetooth are enabled on the iPhone to connect.

1 On the Home screen, press **Setup ▶ Device Connections ▶ Device Connections ▶ Add New**.



If your iPhone cannot connect, delete th iPhone and all devices registered from the vehicle system, and then register th devices again. ▶ See "Resolving a phon projection connection error."

2 Turn on Wi-Fi and Bluetooth on the iPhone to connect, and select the vehicle system from the list of searche Bluetooth devices.

The Bluetooth device name of the syste can be found in the Add New Device window that pops up.



3 Confirm that the verification code on the iPhone screen matches the code on the system screen, and approve the connection from the iPhone.

4 When you have connected to the Apple CarPlay for the first time, check the pop-up window displayed on the system screen and press **Yes**.

5 Agree to Enable Apple CarPlay from the iPhone.

6 Press **Apple CarPlay** from the Home screen, and use a variety of features available on your iPhone.

7 To close Apple CarPlay, disconnect the wireless connection from the device connection page of the system screen.

### Connected to a Smartphone



In-car Device

Information Terminal

Source: 1. Using Apple CarPlay wirelessly (if equipped)
2. Images of the Hyundai-Kia Infotainment System from a 2025 Hyundai Ioniq 5

a display monitor of a touch panel type;

*Analysis: The Hyundai-Kia Infotainment System includes a center-mounted touch panel display ("display monitor of a touch panel type").*

# Hyundai-Kia ccNC Infotainment System

Hyundai-Kia ccNC Infotainment System
Center Display

Using the touch screen

This system is equipped with a touch-enabled screen. You can access various features using this screen.

**"Press" gesture**

Lightly press the desired item and release your finger.

The corresponding function is run or the corresponding menu is selected.






Source: 1. Using the touch screen
2. Images of the Hyundai-Kia Infotainment System from a 2025 Hyundai Ioniq 5

# Hyundai-Kia ccNC Infotainment System

an interface unit that transmits actuation information on the basis of actuation on the display monitor; and

*Analysis: The Hyundai-Kia Infotainment System includes a human machine interface (HMI) that detects touch/tap gestures on the touch panel HMI ("actuation on the display monitor") and a communications module (collectively, "interface unit") that transmits a command/information indicating that a selection has been made ("transmits actuation information") to the smartphone via a Bluetooth/WiFi (wireless) or USB (wired) interface.*

Hyundai-Kia ccNC Infotainment System
Interface Unit Transmitting Start Command Upon Touch/Tap Input

Touch Panel HMI




Transmitting via Bluetooth/WiFi






Once a CarPlay session is established, different combinations of these data streams are used.




Information Terminal

Source: 1. Images of the Hyundai-Kia Infotainment System from a 2025 Hyundai Ioniq 5
2. https://developer.apple.com/videos/play/wwdc2016/722/

# Hyundai-Kia ccNC Infotainment System

a video signal input unit that receives a video signal transmitted from the information terminal, wherein

*Analysis: The Hyundai-Kia Infotainment System includes a subsystem configured to receive and decode video signals (e.g., video decoder) ("video signal input unit" that is distinct from the "interface unit") transmitted from an iOS or Android-based device and used to generate content displayed on the infotainment/multimedia system (e.g., a UI stream, streaming content). For example, the Hyundai-Kia Infotainment System displays the menu screen data and/or real-time digital video data received from the smartphone's video signal transmission.*

Phone Pairing Via Apple CarPlay

Menu Screen Video Signal







When a CarPlay Home screen is first shown, and no audio is playing, the communication protocols are used for setup and location information. An H264 video stream showing the Home screen is sent from the iPhone to the car.

Real-Time Video Signal (e.g., Apple Maps)




Source: 1. Images of the Hyundai-Kia Infotainment System from a 2025 Hyundai Ioniq 5
2. https://developer.apple.com/videos/play/wwdc2016/722/

# Hyundai-Kia ccNC Infotainment System

the in-car device becomes ready to transmit a start command for an application stored in the information terminal to the information terminal when the interface unit and the video signal input unit are connected to the information terminal.

*Analysis: The Hyundai-Kia Infotainment System, including its communications module and subsystem to receive and decode video signals (e.g., video decoder), is paired with the smartphone via Apple CarPlay or Android Auto. The subsystem to receive and decode video signals (e.g., video decoder) is connected to the smartphone via the communications module. The Hyundai-Kia Infotainment System is set to be ready to receive touch/tap input and transmit a start command for Apple CarPlay-compatible or Android Auto-compatible applications stored in the smartphone as indicated by the illuminated icons on the menu screen.*

## Hyundai-Kia ccNC Infotainment System

### Phone Pairing Via Apple CarPlay

**Using Apple CarPlay wirelessly (if equipped)**

After you connect an iPhone to the vehicle with Apple CarPlay, you can run and control Apps on the phone through the system screen. Confirm that Wi-Fi and Bluetooth are enabled on the iPhone to connect.

1 On the Home screen, press **Setup ▶ Device Connections ▶ Device Connections ▶ Add New**.



If your iPhone cannot connect, delete the iPhone and all devices registered from the vehicle system, and then register the devices again. ▶ See "Resolving a phone projection connection error."

2 Turn on Wi-Fi and Bluetooth on the iPhone to connect, and select the vehicle system from the list of searched Bluetooth devices.

The Bluetooth device name of the system can be found in the Add New Device window that pops up.



3 Confirm that the verification code on the iPhone screen matches the code on the system screen, and approve the connection from the iPhone.

4 When you have connected to the Apple CarPlay for the first time, check the pop-up window displayed on the system screen and press **Yes**.

5 Agree to Enable Apple CarPlay from the iPhone.

6 Press **Apple CarPlay** from the Home screen, and use a variety of features available on your iPhone.

7 To close Apple CarPlay, disconnect the wireless connection from the device connection page of the system screen.

### Ready to Transmit a Start Command (e.g., Apple Maps)







Source: 1. Using Apple CarPlay wirelessly (if equipped)
2. Images of the Hyundai-Kia Infotainment System from a 2025 Hyundai Ioniq 5