# Exhibit U

nelson bumgardner conroy

# AutoNavigare LLC
# U.S. Patent No. 9,766,801

An in-car device that is capable to be connected to an information terminal

## Hyundai-Kia Gen5W Infotainment System

# Claim 2

An in-car device that is capable to be connected to an information terminal, comprising:

a display monitor of a touch panel type;

an interface unit that transmits actuation information on the basis of actuation on the display monitor; and

a video signal input unit that receives a video signal transmitted from the information terminal, wherein

the in-car device becomes ready to transmit a start command for an application stored in the information terminal to the information terminal when the interface unit and the video signal input unit are connected to the information terminal.

Source: Claim 2 of US Patent 9,766,801

# Hyundai-Kia Gen5W Infotainment System

2. An in-car device that is capable to be connected to an information terminal, comprising:

*Analysis: The Hyundai-Kia Infotainment System (including Gen5, Gen5W, Gen6, Connected Car Navigation Cockpit (ccNC), and Connected Car Integrated Cockpit (ccIC) versions) ("in-car device") found in Hyundai, Kia, and Genesis-branded vehicles (e.g., the Gen5W Infotainment System found in the 2025 Kia Telluride) is capable of being connected, e.g., via Bluetooth/WiFi (wireless) or USB (wired), to a smartphone ("information terminal") via Apple CarPlay or Android Auto (Apple CarPlay and Android Auto being a vehicle manufacturer-installed feature on the infotainment system).*

Hyundai-Kia Gen5W Infotainment System
Wireless Connection for Apple CarPlay

### Pairing to an iPhone via Apple CarPlay

After you connect an iPhone to the vehicle with Apple CarPlay, you can run and control Apps on the phone through the system screen.

1 To use Apple CarPlay, first check the following:

- For iPhone models that support Apple CarPlay, visit the Apple website at https://www.apple.com/ios/carplay.
- Make sure Apple CarPlay and Siri are enabled in your iPhone settings. If you do not see options for Apple CarPlay or Siri, update to the latest iOS version.

2 On the All Menus screen, press **Setup ▶ Device Connections ▶ Phone Projection Settings ▶ Apple CarPlay** and select the **Enable Apple CarPlay** checkbox.

Select **Use Split Screen on Apple CarPlay Screen** to show split screen when using Apple CarPlay.

3 Connect an iPhone to the USB port on the vehicle by using the provided USB cable.

When the connection is made for the first time, the system screen displays a notification window. Check the details and then press **OK**.

To end the Apple CarPlay and disconnect from the iPhone, remove the USB cable from the system.

#### Using the Apple CarPlay

1 On the All Menus screen, press **Apple CarPlay**.

2 Perform the desired function.

- To run any of functions (phone, messaging, navigation, etc.) on your iPhone, press the corresponding function icon.

Connected to a Smartphone




In-car Device

Information Terminal

Source: 1. Standard-class Gen5W Navigation User's Manual
2. Images of the Hyundai-Kia Infotainment System from a 2025 Kia Telluride

a display monitor of a touch panel type;

*Analysis: The Hyundai-Kia Infotainment System includes a center-mounted touch panel display ("display monitor of a touch panel type").*

# Hyundai-Kia Gen5W Infotainment System

Hyundai-Kia Gen5W Infotainment System
Center Display

## Using the touch screen

This system is equipped with a touch-enabled screen. You can use various practices by using this feature.

### "Press" gesture

Lightly press the desired item and release the finger.

The corresponding function is run or the corresponding menu is selected.






Source: 1. Using the touch screen
2. Images of the Hyundai-Kia Infotainment System from a 2025 Kia Telluride

an interface unit that transmits actuation information on the basis of actuation on the display monitor; and

*Analysis: The Hyundai-Kia Infotainment System includes a human machine interface (HMI) that detects touch/tap gestures on the touch panel HMI ("actuation on the display monitor") and a communications module (collectively, "interface unit") that transmits a command/information indicating that a selection has been made ("transmits actuation information") to the smartphone via a Bluetooth/WiFi (wireless) or USB (wired) interface.*

# Hyundai-Kia Gen5W Infotainment System

Hyundai-Kia Gen5W Infotainment System
Interface Unit Transmitting Start Command Upon Touch/Tap Input

Touch Panel HMI




Transmitting via Bluetooth/WiFi






Once a CarPlay session is established, different combinations of these data streams are used.




Information Terminal

Source: 1. Images of the Hyundai-Kia Infotainment System from a 2025 Kia Telluride
2. https://developer.apple.com/videos/play/wwdc2016/722/

# Hyundai-Kia Gen5W Infotainment System

a video signal input unit that receives a video signal transmitted from the information terminal, wherein

*Analysis: The Hyundai-Kia Infotainment System includes a subsystem configured to receive and decode video signals (e.g., video decoder) ("video signal input unit" that is distinct from the "interface unit") transmitted from an iOS or Android-based device and used to generate content displayed on the infotainment/multimedia system (e.g., a UI stream, streaming content). For example, the Hyundai-Kia Infotainment System displays the menu screen data and/or real-time digital video data received from the smartphone's video signal transmission.*

Phone Pairing Via Apple CarPlay

Menu Screen Video Signal







When a CarPlay Home screen is first shown, and no audio is playing, the communication protocols are used for setup and location information. An H264 video stream showing the Home screen is sent from the iPhone to the car.

Real-Time Video Signal (e.g., Apple Maps)




Source: 1. Images of the Hyundai-Kia Infotainment System from a 2025 Kia Telluride
2. https://developer.apple.com/videos/play/wwdc2016/722/

the in-car device becomes ready to transmit a start command for an application stored in the information terminal to the information terminal when the interface unit and the video signal input unit are connected to the information terminal.

*Analysis: The Hyundai-Kia Infotainment System, including its communications module and subsystem to receive and decode video signals (e.g., video decoder), is paired with the smartphone via Apple CarPlay or Android Auto. The subsystem to receive and decode video signals (e.g., video decoder) is connected to the smartphone via the communications module. The Hyundai-Kia Infotainment System is set to be ready to receive touch/tap input and transmit a start command for Apple CarPlay-compatible or Android Auto-compatible applications stored in the smartphone as indicated by the illuminated icons on the menu screen.*

# Hyundai-Kia Gen5W Infotainment System

## Hyundai-Kia Gen5W Infotainment System

## Phone Pairing Via Apple CarPlay

### Pairing to an iPhone via Apple CarPlay

After you connect an iPhone to the vehicle with Apple CarPlay, you can run and control Apps on the phone through the system screen.

1 To use Apple CarPlay, first check the following:
- For iPhone models that support Apple CarPlay, visit the Apple website at https://www.apple.com/ios/carplay.
- Make sure Apple CarPlay and Siri are enabled in your iPhone settings. If you do not see options for Apple CarPlay or Siri, update to the latest iOS version.

2 On the All Menus screen, press **Setup ▶ Device Connections ▶ Phone Projection Settings ▶ Apple CarPlay** and select the **Enable Apple CarPlay** checkbox.

Select **Use Split Screen on Apple CarPlay Screen** to show split screen when using Apple CarPlay.

3 Connect an iPhone to the USB port on the vehicle by using the provided USB cable.

When the connection is made for the first time, the system screen displays a notification window. Check the details and then press **OK**.

To end the Apple CarPlay and disconnect from the iPhone, remove the USB cable from the system.

**Using the Apple CarPlay**

1 On the All Menus screen, press **Apple CarPlay**.

2 Perform the desired function.
- To run any of functions (phone, messaging, navigation, etc.) on your iPhone, press the corresponding function icon.

## Ready to Transmit a Start Command (e.g., Apple Maps)







Source: 1. Standard-class Gen5W Navigation User's Manual
2. Images of the Hyundai-Kia Infotainment System from a 2025 Kia Telluride